IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| RICHARD J. DALY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-13-C |
| CPT. GOSSEN, et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on February 16, 2017. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 58) of the Magistrate Judge is adopted and the summary judgment is entered in favor of Defendants Hobbs, Williams, Riley, Oliver, and Gaines. All claims against Defendants Gossen, Southerland, Deloanus, and Mercy are dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 20th day of March, 2017.

ROBIN J. CAUTHRON
United States District Judge